■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v WALID DANIEL, Respondent.

Further, the court improperly dismissed counts four and five of the indictment charging defendant with depraved indifference murder and manslaughter in the second degree. The evidence before the Grand Jury supports the inference that defendant acted recklessly in striking the victim and then permitting her to drown. (Appeal from Order of Onondaga County Court, Burke, J.—Dismiss Indictment.) Present—Denman, P. J., Boomer, Green, Pine and Davis, JJ.